**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2281**
_____

ARMAGENE ELLIS-SMITH,

        Plaintiff – Appellant,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant – Appellee,

    and

SOCIAL SECURITY ADMINISTRATION,

        Party-in-Interest.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:08-cv-00604-TDS-WWD)

_____

Submitted: June 27, 2011        Decided: July 15, 2011

_____

Before KING, GREGORY, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Armagene Ellis-Smith, Appellant Pro Se. Gill Paul Beck, Assistant United States Attorney, Greensboro, North Carolina; Nancy B. Salafia, Regional Counsel, Boston, Massachusetts, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Armagene Ellis-Smith seeks to appeal the district court's order adopting the recommendation of the magistrate judge and upholding the denial of Ellis-Smith's application for disability insurance benefits and supplemental security income. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on September 14, 2010. The notice of appeal was filed on November 16, 2010. Because Ellis-Smith failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED